# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**JUAN RIVERA, A/K/A "PEDRO"**
**ALEXANDER GONZALEZ, A/K/A "LUIS"**
(Name and Address of Defendants)

**CRIMINAL COMPLAINT**

M.J. No.: 04-861-MBB

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. Between about **May 10, 2004 and July 15, 2004** in **Suffolk County** and elsewhere in the District of **Massachusetts**, defendants did knowingly or intentionally conspire with each other and other persons known and unknown to possess with intent to distribute and to distribute more than 100 grams of heroin, a Schedule I controlled substance, in violation of Title **21** United States Code, Section(s) **846 and 841(b)(1)(B)**.

I further state that I am a **DEA Special Agent** and that this complaint is based on the following facts:

   Please see attached Affidavit of DEA Special Agent Joseph Desmond

Continued on the attached sheet and made a part hereof:    [x] Yes    [ ] No

Signature of Complainant
DEA Special Agent Joseph Desmond

Sworn to before me and subscribed in my presence,

July 16, 2004 @ 3:30PM    at    Boston, Massachusetts
Date                                City and State

**MARIANNE B. BOWLER**
**Chief United States Magistrate Judge**
Name and Title of Judicial Officer         Signature of Judicial Officer