|  | IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|---|

IN THE CASE

USA V.S. *Alexander Gonzalez*

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1 X Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
04-861-MBB
District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check)    x Felony    ☐ Misdemeanor

**EMPLOYMENT**
Are you now   ☐ Yes  ☒ No  ☐ Am Self-Employed  *Laid-off*
Name and address of employer: *Caterer, Chartwells for Northeastern*
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED                                              SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY  $ _____
THE SOURCES

**CASH**  Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
                                                         VALUE            DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: *Living with mother*

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) *7-16-04*

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)