AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| UNITED STATES<br>V.<br>JUAN RIVERA<br>ALEXANDER GONZALEZ | | | | | EXHIBIT AND WITNESS LIST<br><br>Case Number:  04-861-MBB | | |
|---|---|---|---|---|---|---|---|
| PRESIDING JUDGE<br>BOWLER | | | | | PLAINTIFF'S ATTORNEY<br>GLENN MACKINLEY | DEFENDANT'S ATTORNEY<br>P. GARRITY, C. MCGINTY | |
| TRIAL DATE (S)<br>7/20/04, 7/22/04 | | | | | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | | |
|  |  | 7/20/04 |  |  | SP. AGENT PAUL GAZZARA | | |
| 1 |  | 7/20/04 | X | X | AFFIDAVIT | | |
|  |  | 7/22/04 |  |  | SP. AGENT PAUL GAZZARA | | |
|  |  | 7/22/04 |  |  | EDWARD GONZALEZ (called by McGinty) | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1    Pages